UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

LLOYD E. BROWN,

    Petitioner,

v.                                                      No.: 3:03-cr-052
                                                                          (3:07-cv-77)
UNITED STATES OF AMERICA,           (VARLAN/SHIRLEY)

    Respondent.

## **JUDGMENT ORDER**

In accordance with the accompanying Memorandum Opinion, the petition for writ of *audita querela* is **DENIED** and this action is **DISMISSED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

                                                            s/ Thomas A. Varlan
                                                            UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ *Patricia L. McNutt*
      CLERK OF COURT